(87 South. 704)

### Petition of LOCASCIO.

### LOCASCIO v. BARBER.

(6 Div. 205.)

(Supreme Court of Alabama. Dec. 2, 1920.)

Certiorari ⊚⇒68—Supreme Court will not review determination of ·Court of Appeals on question of fact.

The Supreme Court will not, on certiorari, review the determination of the Court of Appeals on a question of fact.

Certiorari to Court of Appeals.

Petition for certiorari by F. P. Locascio to review the determination of the Court of Appeals (87 South. 703[1]) in affirming the judgment of the circuit court in the action by Arlie Barber against F. P. Locascio. Writ denied.

William Vaughan, Louis Silberman, and Smith & McCary, all of Birmingham, for appellant.

Arlie Barber, of Birmingham, pro se.

PER CURIAM. The question presented by the petition for certiorari turns upon an inquiry of fact. This court has frequently refused to review the Court of Appeals on questions of fact.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and BROWN, JJ., concur.